**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DINESHKUMAR MADHAVLAL PATEL,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-2083<br><br>Judge J. Philip Calabrese<br><br>Magistrate Judge<br>Amanda M. Knapp |

**ORDER**

Petitioner filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. The Court has examined the petition and, on its face, cannot say whether Petitioner is entitled to a least some of the relief requested.

Accordingly, the Clerk of Court shall forward a copy of the petition and the attachments to it, together with this Order, to the Attorney General of the United States as the representative of the other Respondents and to the Office of the United States Attorney for the Northern District of Ohio.

Pursuant to 28 U.S.C. § 2243, and for good cause shown, the Court **ORDERS** Respondents to respond to the petition by September 21, 2026.

**SO ORDERED.**

Dated: August 31, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio