**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DINESHKUMAR MADHAVLAL PATEL, | ) | Case No. 4:26-cv-2083 |
| Petitioner, | ) | Judge J. Philip Calabrese |
| v. | ) | Magistrate Judge Amanda M. Knapp |
| SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Dineshkurmar Madhavlal Patel, a native and citizen of India who illegally entered the United States in 2014 and was ordered removed in 2019, has been in immigration custody since June 28, 2026. He petitions for a writ of habeas seeking his release to obtain medical treatment or, alternatively, a bond hearing. Because Mr. Patel was removed from the United States on October 22, 2026, the Court **DISMISSES** the petition **AS MOOT**.

**SO ORDERED.**

Dated: November 6, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio